SALANT & SALANT, INC., Appellant, v. NORMAN A. ZOLEZZI, Respondent, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HERMAN LEIMAN, Respondent, v. GUSSIE SILBERMAN and Others, etc., Defendants. (First Action.) DRY DOCK SAVINGS INSTITUTION, Appellant, v. GUSSIE SILBERMAN and Others, etc., Defendants. (Second Action.) JACOB HOLMAN, Receiver, Respondent.— Order dated January 21, 1935, affirmed, with twenty dollars costs and disbursements. Appeal from order dated January 31, 1935, dismissed. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CLARA SNYDER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Conservator of Its Property, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of the Said PAUL LUCKE, as Surviving Director and Conservator, and Others, Defendants. SAMUEL E. MORRO and Others, Appellants, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Others, in Behalf of Themselves and All Other Stockholders, etc., Defendants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the plaintiffs, respondents. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of HARRY TINTER, Respondent, for an Order Directing JACOB M. LEIBNER, Appellant, an Attorney, to Pay over Certain Moneys. — Order modified by fixing the attorney's fee at the sum of $125 and directing payment to the petitioner of $219.35, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HERMAN J. KATZ, the Holder of a Bond Executed by the MAX KURZROK REALTY CO., INC., Suing, etc., v. GEORGE J. SHORR and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ULLMAN-JESSEL, INC., v. WASHINGTON PIECE DYEING AND FINISHING COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EMILY S. JOHNSTON v. JEAN JORDEAU, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PERLEY MORSE and Others v. LEBANON NATIONAL BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.